# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     v. | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **OFFICE OF THE DIRECTOR OF** | ) |
| **NATIONAL INTELLIGENCE,** | ) |
| Office of Strategic Communications | ) |
| Washington, D.C. 20511 | ) |
| | ) |
| **NATIONAL ARCHIVES AND RECORDS** | ) |
| **ADMINISTRATION,** | ) |
| 8601 Adelphi Road, Room 5210 | ) |
| College Park, MD 20740-6001 | ) |
| | ) |
|     **Defendants.** | ) |

## COMPLAINT

1. Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to force Defendants U.S. DEPARTMENT OF JUSTICE, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION to comply with Plaintiffs' FOIA requests and produce legal guidance, standing orders, congressional letters, and other documents related to former President Trump's removal of Presidential records—including classified records—from the White House to Mar-a-Lago, potentially in violation of

Case 1:22-cv-03009-JMC   Document 1   Filed 10/05/22   Page 2 of 18

federal law. In violation of FOIA, Defendants have failed to issue a determination for the expedited requests and have failed to produce records.

## PARTIES

2. Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print and live events. BLOOMBERG L.P. is one of the FOIA requesters in this case.

4. Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

5. Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE ("ODNI") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

6. Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

7. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

8. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## PLAINTIFFS' FOUR FOIA REQUESTS TO DOJ

*A. August 10, 2022 FOIA Request to DOJ's Office of the Attorney General, Office of Deputy Attorney General, and Office of Legislative Affairs for Congressional Letters*

9. On August 10, 2022, Plaintiffs submitted a FOIA request to DOJ's Office of the Attorney General, Office of Deputy Attorney General, and Office of Legislative Affairs for 1) "[a]ll letters sent to [the Office of the Attorney General, Office of Deputy Attorney General, and Office of Legislative Affairs] by members of Congress or Congressional Committee mentioning or referring to the Presidential Records Act; the removal of presidential records from the Trump White House by Donald Trump and/or his associates; the National Archives; Mar-a-Lago; Presidential Records and classified information"; 2) "[a]ny responses to these letters sent to lawmakers or congressional committees by the Department of Justice"; and 3) "[a]ny questions for the record sent to these offices by DOJ containing the descriptions in part one of this request and responses the Department sent to these lawmakers or congressional committees." A true and correct copy of the FOIA request that Plaintiffs submitted to DOJ via its online FOIA portal is attached as Exhibit 1.

10. Plaintiffs sought expedited processing for the request.

11. On August 22, 2022, DOJ acknowledged receipt and assigned reference number[1] FOIA-2022-01709 to the request. A true and correct copy of DOJ's acknowledgement letter is attached as Exhibit 2.

12. DOJ granted expedited processing of the request.

---

[1] Although DOJ's acknowledgement letter shows "FOIA-2020-01709" as the reference number, DOJ's online FOIA portal shows "FOIA-2022-01709" as the reference number. *See* Exhibit 1.

***B. August 17, 2022 FOIA Request to DOJ's Office of Public Affairs, Office of the Attorney General, Office of Deputy Attorney General, Office of the Associate Attorney General, Office of Information Policy, and Office of Legislative Affairs for the "Standing Order"***

13. On August 17, 2022, Plaintiffs submitted a FOIA request to DOJ's Office of Public Affairs, Office of the Attorney General, Office of Deputy Attorney General, Office of the Associate Attorney General, Office of Information Policy, and Office of Legislative Affairs for a copy of the "standing order" that former President Trump "received while he was still president that authorized him to take sensitive or classified records from the Oval Office to his residence." In the request, Plaintiffs cited the statement issued by the Office of Donald Trump stating that he had "a standing order that documents removed from the Oval Office and taken into the residence were deemed to be declassified." A true and correct copy of the FOIA request that Plaintiffs submitted to DOJ via its online FOIA portal is attached as Exhibit 3.

14. Plaintiffs sought expedited processing for the request.

15. On August 22, 2022, DOJ acknowledged receipt and assigned reference number FOIA-2022-01765 to the request. A true and correct copy of DOJ's acknowledgement letter is attached as Exhibit 4.

16. DOJ granted expedited processing of the request.

***C. August 19, 2022 FOIA Request to DOJ's National Security Division for the "Standing Order"***

17. On August 19, 2022, Plaintiffs submitted a FOIA request to DOJ's National Security Division (NSD) for a copy of the "standing order" that former President Trump "received while he was still president that authorized him to take sensitive or classified records from the Oval Office to his residence." In the request, Plaintiffs cited the statement issued by the Office of Donald Trump stating that he had "a standing order that documents removed from the Oval Office

and taken into the residence were deemed to be declassified." A true and correct copy of the FOIA request is attached as Exhibit 5.

18. Plaintiffs sought expedited processing for the request.

19. On September 1, 2022, DOJ acknowledged receipt and assigned reference number FOIA/PA#22-332 to the request. A true and correct copy of DOJ's acknowledgement letter is attached as Exhibit 6.

20. DOJ granted expedited processing of the request.

**D. August 23, 2022 FOIA Request to DOJ's Office of Legal Counsel regarding for Legal Guidance(s) provided to NARA**

21. On August 23, 2022, Plaintiff submitted a FOIA request to DOJ's Office of Legal Counsel (OLC) for "[l]egal guidance and legal opinions OLC provided to the National Archives, its (now) former Director David Ferriero, Acting Director Debra Wall, and NARA counsel Gary Stern, relating or referring to the Presidential Records Act, Executive Privilege, records removed from the Trump White House and stored at Mar-a-Lago that were recovered by NARA after former President Donald Trump left office." A true and correct copy of the FOIA request is attached as Exhibit 7.

22. Plaintiffs sought expedited processing for the request.

23. On September 8, 2022, DOJ acknowledged receipt and assigned reference number FY22-122 to the request. A true and correct copy of DOJ's acknowledgement letter is attached as Exhibit 8.

24. DOJ granted expedited processing of the request.

25. As of the date of this filing, DOJ and its components have not issued a determination for the four above-referenced requests.

26. As of the date of this filing, DOJ and its components have failed to produce records responsive to the four above-referenced requests.

## PLAINTIFFS' FOIA REQUEST TO ODNI

27. On August 19, 2022, Plaintiffs submitted a FOIA request to ODNI for a copy of the "standing order" that former President Trump "had while he was still president that authorized him to take sensitive or classified records from the Oval Office to his residence." In the request, Plaintiffs cited the statement issued by the Office of Donald Trump stating that he had "a standing order that documents removed from the Oval Office and taken into the residence were deemed to be declassified." A true and correct copy of the FOIA request is attached as Exhibit 9.

28. Plaintiffs sought expedited processing for the request.

29. On August 19, 2022, ODNI acknowledged receipt and assigned reference number DF-2022-00378 to the request. A true and correct copy of ODNI's acknowledgement letter is attached as Exhibit 10.

30. ODNI granted expedited processing of the request.

31. On August 22, 2022, ODNI acknowledged receipt of the amended request.[2] A true and correct copy of the email acknowledging the amended request is attached as Exhibit 9.

32. As of the date of this filing, ODNI has not issued a determination for the request.

33. As of the date of this filing, ODNI has failed to produce records responsive to the request.

---

[2] Plaintiffs initially submitted the FOIA request to ODNI on August 15, 2022, and later amended the language of the request on August 19, 2022.

## PLAINTIFFS' TWO FOIA REQUESTS TO NARA

### A. August 23, 2022 FOIA Request to NARA for Corcoran's Letters

34.  On August 23, 2022, Plaintiffs submitted a FOIA request to NARA for the following specific letters: 1) "April 29 and May 1 letters from Evan Corcoran 'requesting that the National Archives and Records Administration (NARA) further delay the disclosure to the Federal Bureau of Investigation (FBI) of the records that were the subject of our April 12, 2022 notification to an authorized representative of former President Trump'"; 2) "A copy of the April 12 'notification letter'"; 3) "A copy of the April 29 Department of Justice National Security Division letter sent to Corcoran and cc'ed to NARA"; and 4) "A copy of the May 5 letter Corcoran sent to NARA as described in the last paragraph of Ms. Wall's letter."  Plaintiffs noted that the May 10 letter, written by Acting Archivist Debra Wall and publicly released on NARA's website, references the requested letters.  A true and correct copy of the FOIA request is attached as Exhibit 11.

35.  Plaintiffs sought expedited processing for the request.

36.  On August 26, 2022, NARA acknowledged receipt and assigned reference number NGC22-807 to the request.  A true and correct copy of NARA's email acknowledging receipt of the request is attached as Exhibit 12.

37.  On September 8, 2022, NARA granted expedited processing for the request.[3]  A true and correct copy of NARA's letter granting expediting processing for the request is attached as Exhibit 13.

---

[3] NARA issued a single letter granting expedited processing to two requests, which were submitted separately.  Of those two, only NGC22-807 is at issue in this case.

### B. *August 26, 2022 FOIA Request for Congressional Letters*

38. On August 26, 2022, Plaintiffs submitted a FOIA request to NARA for "[c]opies of all letters and Questions for the Record sent to NARA from members of Congress or Congressional committees mentioning or referring to presidential records, presidential records act, Donald Trump, classified records, Mar-a-Lago, FBI, Department of Justice, [and] Merrick Garland" and "[r]esponses NARA sent to any of the letters and Questions for the Record." A true and correct copy of the FOIA request is attached as Exhibit 14.

39. Plaintiffs sought expedited processing for the request.

40. On August 26, 2022, NARA acknowledged receipt and assigned reference number NGC22-756 to the request. A true and correct copy of NARA's email acknowledging receipt of the request is attached as Exhibit 15

41. On September 22, 2022, NARA granted expediting processing for the request. A true and correct copy of NARA's letter granting expedited processing is attached as Exhibit 16.

42. As of the date of this filing, NARA has not issued a determination for the two above-referenced requests.

43. As of the date of this filing, NARA has failed to produce records responsive to the two above-referenced requests.

**COUNT I – AUGUST 10, 2022 FOIA REQUEST TO DOJ**
**(CONGRESSIONAL LETTERS),**
**DOJ'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

44. The above paragraphs are incorporated by reference.

45. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

46. Defendant DOJ is a federal agency subject to FOIA.

47. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

48. Defendant DOJ has failed to issue a determination within the statutory deadline.

### COUNT II – AUGUST 10, 2022 FOIA REQUEST TO DOJ (CONGRESSIONAL LETTERS), DOJ'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH

49. The above paragraphs are incorporated by reference.

50. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

51. Defendant DOJ is a federal agency subject to FOIA.

52. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

53. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

### COUNT III – AUGUST 10, 2022 FOIA REQUEST TO DOJ (CONGRESSIONAL LETTERS), DOJ'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

54. The above paragraphs are incorporated by reference.

55. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

56. Defendant DOJ is a federal agency subject to FOIA.

57. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

58. Defendant DOJ has failed to produce records responsive to the request.

**COUNT IV – AUGUST 17, 2022 FOIA REQUEST TO DOJ
(OIP – STANDING ORDER),
DOJ'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

59. The above paragraphs are incorporated by reference.

60. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

61. Defendant DOJ is a federal agency subject to FOIA.

62. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

63. Defendant DOJ has failed to issue a determination within the statutory deadline.

**COUNT V – AUGUST 17, 2022 FOIA REQUEST TO DOJ
(OIP – STANDING ORDER),
DOJ'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

64. The above paragraphs are incorporated by reference.

65. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

66. Defendant DOJ is a federal agency subject to FOIA.

67. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

68. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

**COUNT VI – AUGUST 17, 2022 FOIA REQUEST TO DOJ
(OIP – STANDING ORDER),
DOJ'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

69. The above paragraphs are incorporated by reference.

70. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

71. Defendant DOJ is a federal agency subject to FOIA.

72. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

73. Defendant DOJ has failed to produce records responsive to the request.

**COUNT VII – AUGUST 19, 2022 FOIA REQUEST TO DOJ
(NSD – STANDING ORDER),
DOJ'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

74. The above paragraphs are incorporated by reference.

75. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

76. Defendant DOJ is a federal agency subject to FOIA.

77. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

78. Defendant DOJ has failed to issue a determination within the statutory deadline.

**COUNT VIII – AUGUST 19, 2022 FOIA REQUEST TO DOJ
(NSD – STANDING ORDER),
DOJ'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

79. The above paragraphs are incorporated by reference.

80. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

81. Defendant DOJ is a federal agency subject to FOIA.

82. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

83. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

### COUNT IX – AUGUST 19, 2022 FOIA REQUEST TO DOJ
### (NSD – STANDING ORDER),
### DOJ'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

84. The above paragraphs are incorporated by reference.

85. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

86. Defendant DOJ is a federal agency subject to FOIA.

87. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

88. Defendant DOJ has failed to produce records responsive to the request.

### COUNT X – AUGUST 23, 2022 FOIA REQUEST TO DOJ
### (OLC – LEGAL GUIDANCE),
### DOJ'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION

89. The above paragraphs are incorporated by reference.

90. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

91. Defendant DOJ is a federal agency subject to FOIA.

92. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

93. Defendant DOJ has failed to issue a determination within the statutory deadline.

### COUNT XI – AUGUST 23, 2022 FOIA REQUEST TO DOJ
### (OLC – LEGAL GUIDANCE),
### DOJ'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH

94. The above paragraphs are incorporated by reference.

95. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

96. Defendant DOJ is a federal agency subject to FOIA.

97. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

98. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

### COUNT XII – AUGUST 23, 2022 FOIA REQUEST TO DOJ (OLC – LEGAL GUIDANCE), DOJ'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

99. The above paragraphs are incorporated by reference.

100. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

101. Defendant DOJ is a federal agency subject to FOIA.

102. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

103. Defendant DOJ has failed to produce records responsive to the request.

### COUNT XIII – AUGUST 19, 2022 FOIA REQUEST TO ODNI (ODNI – STANDING ORDER), ODNI'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION

104. The above paragraphs are incorporated by reference.

105. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

106. Defendant ODNI is a federal agency subject to FOIA.

107. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

108. Defendant ODNI has failed to issue a determination within the statutory deadline.

### COUNT XIV – AUGUST 19, 2022 FOIA REQUEST TO ODNI
### (ODNI – STANDING ORDER),
### ODNI'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH

109. The above paragraphs are incorporated by reference.

110. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

111. Defendant ODNI is a federal agency subject to FOIA.

112. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

113. Defendant ODNI has failed to conduct a reasonable search for records responsive to the request.

### COUNT XV – AUGUST 19, 2022 FOIA REQUEST TO ODNI
### (ODNI – STANDING ORDER),
### ODNI'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

114. The above paragraphs are incorporated by reference.

115. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

116. Defendant ODNI is a federal agency subject to FOIA.

117. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

118. Defendant ODNI has failed to produce records responsive to the request.

**COUNT XVI – AUGUST 23, 2022 FOIA REQUEST TO NARA
(CORCORAN'S LETTERS),
NARA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

119.   The above paragraphs are incorporated by reference.

120.   Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

121.   Defendant NARA is a federal agency subject to FOIA.

122.   Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

123.   Defendant NARA has failed to issue a determination within the statutory deadline.

**COUNT XVII – AUGUST 23, 2022 FOIA REQUEST TO NARA
(CORCORAN'S LETTERS),
NARA'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

124.   The above paragraphs are incorporated by reference.

125.   Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

126.   Defendant NARA is a federal agency subject to FOIA.

127.   Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

128.   Defendant NARA has failed to conduct a reasonable search for records responsive to the request.

**COUNT XVIII – AUGUST 23, 2022 FOIA REQUEST TO NARA
(CORCORAN'S LETTERS),
NARA'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

129.   The above paragraphs are incorporated by reference.

130. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

131. Defendant NARA is a federal agency subject to FOIA.

132. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

133. NARA has failed to produce records responsive to the request.

### COUNT XIX – AUGUST 26, 2022 FOIA REQUEST TO NARA (CONGRESSIONAL LETTERS), NARA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION

134. The above paragraphs are incorporated by reference.

135. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

136. Defendant NARA is a federal agency subject to FOIA.

137. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

138. Defendant NARA has failed to issue a determination within the statutory deadline.

### COUNT XX – AUGUST 26, 2022 FOIA REQUEST TO NARA (CONGRESSIONAL LETTERS), NARA'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH

139. The above paragraphs are incorporated by reference.

140. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

141. Defendant NARA is a federal agency subject to FOIA.

142. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

- 17 -

143. Defendant NARA has failed to conduct a reasonable search for records responsive to the request.

### COUNT XXI – AUGUST 26, 2022 FOIA REQUEST TO NARA (CONGRESSIONAL LETTERS), NARA'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

144. The above paragraphs are incorporated by reference.

145. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

146. Defendant NARA is a federal agency subject to FOIA.

147. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

148. Defendant NARA has failed to produce records responsive to the request.

**WHEREFORE,** Plaintiffs asks the Court to:

   i. declare that Defendants have violated FOIA;

   ii. order Defendants to conduct a reasonable search for records responsive to the requests;

   iii. order Defendants to produce all non-exempt requested records or portions of records promptly;

   iv. enjoin Defendants from withholding non-exempt public records under FOIA;

   v. award Plaintiffs attorneys' fees and costs; and

   vi. award such other relief the Court considers appropriate.

Dated: October 5, 2022

                        RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com